**Getsie Kiruba DIAMOND,
Plaintiff–Appellant,**

**v.**

**BON SECOURS HOSPITAL,
Defendant–Appellee.**

No. 09–1530.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2010.

Decided: March 9, 2010.

Getsie Kiruba Diamond, Appellant Pro Se. Darren M. Creasy, Sidney R. Steinberg, Post & Schell, PC, Philadelphia, Pennsylvania, for Appellee.

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Getsie Kiruba Diamond appeals the district court's order granting summary judgment in favor of her former employer in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Diamond v. Bon Secours Hosp.,* No. 1:07–cv–02901–WDQ (D.Md. Apr. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*